Joshua Trigsted (13126)
Trigsted Law Group, P.C.
5200 SW Meadows Rd, Ste 150
Lake Oswego, OR 97035
503-376-6774, ext. # 216
866-927-5826  facsimile
jtrigsted@attorneysforconsumers.com
*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KATIE BIRCHARD,<br><br>                Plaintiff,<br><br>v.<br><br>CITIBANK,<br><br>                Defendant. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br><br>**Case no:  2:14-cv-00189-BSJ** |

       **NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Utah, Plaintiff's Notice of  Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.


       Dated this 14th day of May, 2014

                         **TRIGSTED LAW GROUP, P.C.**


                         _____s/Joshua Trigsted_____
                         Joshua Trigsted
                         *Attorney for the Plaintiff*

Filed electronically on this 14th day of May, 2014, with:

United States District Court CM/ECF system


Notification sent electronically via email on this 14th day of May, 2014, to:


Joan Haslam

Vice President/Senior Program Manager

Citibank Retail Litigation Service Center

joan.haslam@citi.com


By: s/Terri Parrish

    Terri Parrish