FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

MAY 19 2014

D. MARK JONES, CLERK
BY_____
                    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

\* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| KATIE BIRCHARD, | ) | |
| | ) | Civil No. 2:14-CV-0189-BSJ |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| CITIBANK, | ) | |
| | ) | |
| Defendant. | ) | |

\* \* \* \* \* \* \* \* \*

Based on the Notice of Voluntary Dismissal filed by Plaintiff, by and through counsel, on

May 14, 2014,

**IT IS HEREBY ORDERED** that the above-entitled action is **dismissed** with prejudice,

pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, as amplified by Local

Rule DUCivR 54-1(d).

DATED this _16_ day of May, 2014.

BY THE COURT:

Bruce S. Jenkins
United States Senior District Judge